IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW AKULAW,<br><br>        Defendant. | Case No. 3:23-cr-00088-RRB<br><br>**ORDER** |

The Court hereby ACCEPTS and ADOPTS the Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty, filed at Docket 42, in its entirety and enters an adjudication of guilt as to Count 1 of the Indictment.

DATED this 17th day of July, 2024, at Anchorage, Alaska.

                                                                              */s/ Ralph R. Beistline*
                                                                            RALPH R. BEISTLINE
                                                       Senior United States District Judge